**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
CHRISTINE N. KNIGHT,

                Plaintiff,

-against-                                  19 **CIVIL** 9960 (VSB)

                                                      **JUDGMENT**

MTA-NEW YORK CITY TRANSIT
AUTHORITY,

                Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 15, 2021, Defendant's motion to dismiss Plaintiff's Amended Complaint is hereby GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

        June 15, 2021

                                                              **RUBY J. KRAJICK**
                                                          _____
                                                                     **Clerk of Court**
                                           **BY:**
                                                                    **Deputy Clerk**